

**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

June 10, 2026
Hon. Edgardo Ramos
Courtroom 619
United States Courthouse
40 Foley Square
New York, NY 10007

## STIPULATED BRIEFING SCHEDULE

Re: TV Tokyo Corporation v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint. Case No. 1:26-cv-3809

Dear Judge Ramos,

Plaintiff TV Tokyo Corporation ("Plaintiff") has conferred with Defendant Durcoo ("Defendant") (collectively "the Parties") regarding Defendant's intended filing to oppose Plaintiff's Preliminary Injunction. The Parties agree on the following briefing schedule:

- Defendant will file its opposition on or before June 24, 2026.
- Plaintiff will file its reply on or before July 1, 2026.

Defendant Durcoo consents to this schedule and the extension of the TRO as set forth below. As additional grounds for this relief, Plaintiff notes that it is engaged in active settlement discussions with Defendant and a longer motion practice schedule would be beneficial to the settlement process.

The Parties further stipulate to extend the TRO against Durcoo until the Court rules on Plaintiff's request for a Preliminary Injunction against Defendant.

Plaintiff will file a Proposed Order in due course.

Dated: June 10, 2026                    Respectfully submitted,

                                        */s/ Shengmao Mu*
                                        Shengmao Mu
                                        NY No. 5707021
                                        **WHITEWOOD LAW PLLC**
                                        57 West 57th Street, 3rd and 4th Floors
                                        New York, NY, 10019
                                        Telephone: (917) 858-8018
                                        Email: smu@whitewoodlaw.com

                                        *Counsel for Plaintiff*

1