**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TV TOKYO CORPORATION,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT,

      Defendants.

Civil Action No. 26-cv-3809

## PRELIMINARY INJUNCTION ORDER

The Court has considered Plaintiff's application for an Order to Show Cause Why a Preliminary Injunction Should Not Issue (the "Motion to Show Cause") and the oral arguments made at the hearing. Based on the papers and other evidence submitted in support of the Motion to Show Cause, and for good cause shown:

1. Plaintiff is likely to prevail on its trademark and copyright infringement claims at trial.

2. As a result of Defendants' misconduct, Plaintiff is likely to suffer immediate and irreparable losses, damages, and injuries:

    a. Defendants, without any authorization or license from Plaintiff, have knowingly, willfully, and deliberately infringed Plaintiff's BLEACH trademark, including Plaintiff's U.S. Trademark Registration No. 3,645,027 (the "BLEACH Mark"), and Plaintiff's U.S. Copyright Registration No. PA 2-532-840 (the "BLEACH Work," and collectively with the BLEACH Mark, the "BLEACH IP"), in connection with the systematic advertisement, distribution, offering for sale, and sale of infringing products (the "Infringing Products") into the United States,

1

including within this judicial district of New York, over the Internet through accounts with online marketplace platforms held by Defendants (the "User Account(s)").

b.  Plaintiff has well-founded fears that more Infringing Products will appear in the marketplace using the same User Accounts or new and different User Accounts; that consumers may be misled, confused and disappointed by the quality of these Infringing Products, resulting in injury to Plaintiff's reputation and goodwill and, in particular, the reputation and goodwill related to Plaintiff's BLEACH IP.

3.  On balance, the potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a preliminary injunction order is issued is far outweighed by the potential harm to Plaintiff, its business, and the goodwill and reputation built up in and associated with Plaintiff's BLEACH IP if a preliminary injunction order is not issued.

4.  Service on Defendants via electronic means is reasonably calculated to result in proper notice to Defendants and does not violate the Hague Service Convention as Plaintiff has shown this is a case of urgency and the preliminary injunction is a provisional or protective measure.

## ORDER

The injunctive relief previously granted in the Temporary Restraining Order shall remain in place through the pendency of this action, and issuing this Order is warranted under Federal Rule of Civil Procedure 65, 15 U.S.C. § 1116(a), and 17 U.S.C. § 502. Based on the foregoing, Plaintiff's Motion to Show Cause is hereby **GRANTED** and it is **ORDERED** as follows:

1.  As sufficient causes have been shown, Defendants are hereby enjoined and restrained from engaging in any of the following conduct during the pendency of this action or until further order of the Court:

2

a.  manufacturing, importing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

b.  manufacturing, advertising, offering for sale, selling, reproducing, or distributing any goods utilizing Plaintiff's BLEACH IP, or any confusingly similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c.  destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d.  using Plaintiff's BLEACH IP on or in connection with any Seller Alias that any Defendant may own, operate, or control on any Marketplace;

e.  any and all use of Plaintiff's BLEACH IP as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serve to direct computer searches to Seller Aliases registered, owned or operated by any Defendant on any Marketplace;

f.  altering, disabling, closing, or transferring ownership of any Seller Alias on any Marketplace during the pendency of this action, or until further Order of the Court.

**Asset Restraint**

2.      As sufficient cause has been shown, the asset restraint granted in the TRO shall remain in place through the pendency of this litigation, including that:

        a.      within five (5) days of receipt of service of this Order, Financial Institutions (i) Amazon.com, Inc. ("Amazon"), (ii) PayPal, Inc. ("PayPal"), (iii) Payoneer, Inc. ("Payoneer"), (iv) Ping Pong Global Solutions, Inc. ("Ping Pong"), (v) Coinbase Global, Inc. ("Coinbase"), (vi) Walmart, Inc. ("Walmart"), (vii) Whaleco Inc. ("Temu"), and (viii) Shop Pay (collectively referred to as the "Financial Institutions") shall locate all accounts associated with Defendants (the "Defendants' Accounts") and other assets belonging to Defendants, including any cryptocurrency (the "Defendants' Assets"), and shall locate, attach, and restrain the transfer or disposal of monies, funds, or assets from Defendants' Accounts and Defendants' Assets until further ordered by this Court. The Financial Institutions shall provide written confirmation of their compliance with the foregoing to Plaintiff.

**Expedited Discovery**

3.      As sufficient cause has been shown, the expedited discovery order previously granted in the TRO shall remain in place through the pendency of this litigation, including that:

        a.      within five (5) days of receipt of service of this Order, the Financial Institutions shall provide the following information to Plaintiff's counsel (to the extent such information is in the Financial Institutions' possession, custody, or control): (i) identifying information for Defendants, including all available contact information (which shall include, if available, all known e-mail addresses and mailing addresses), as well as all associated account

numbers and account balances, regardless of the platform or institution; (ii) any User Accounts and/or online marketplace websites affiliated with Defendants that are not listed on Schedule A to the Complaint, which shall also be attached hereto; and (iii) information concerning any of Defendants' Accounts or Defendants' Assets, including any and all related, connected, or otherwise associated accounts or assets, regardless of the hosting platform or institution.

4.    As sufficient cause has been shown, Plaintiff is authorized to conduct expedited discovery, including that:

    a.    Plaintiff may serve interrogatories and requests for production of documents, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, as well as Local Civil Rule 33.3 of the Local Rules for the Southern District of New York, and Defendants who are served with this Order shall provide written responses under oath to such interrogatories and produce documents requested within seven (7) days of service to Plaintiff's counsel.

### Service of the PI by Electronic Mail and/or Electronic Publication

5.    Pursuant to Fed. R. Civ. P. 4(f)(3), as sufficient cause has been shown, service of this Preliminary Injunction Order and related orders shall be deemed effective as to Defendants and third parties if it is completed by the following means:

    a.    Delivery of: (i) PDF copies of this Order together with the Summons and Complaint; and (ii) a link to a website where each Defendant will be able to download PDF copies of this Order together with the Summons and Complaint, and all papers filed in this action by Plaintiff (the "Link"), to

Defendants' e-mail addresses as provided by the Financial Institutions, and/or via the messaging systems of the applicable online marketplace platforms.

## Security Bond

6.    The $1,500.00 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Order is terminated.

## Application to Vacate or Dissolve

7.    Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff or on shorter notice as set by this Court.

Date:   June 12, 2026
        New York, New York

_____
Edgardo Ramos, U.S.D.J.
UNITED STATES DISTRICT JUDGE

**Schedule A**

| No | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | Adawwrably | Stand Alone | adawwrably.in |
| 2 | BDSD-art | Stand Alone | bdsdart.com |
| 3 | ebuy7 | Stand Alone | ebuy7.com |
| 4 | CamiyeHome | Amazon | A3KZNV6Z44FTGG |
| 5 | Chaoxiao Trading | Amazon | A117FXEJDQV17G |
| 6 | chenqihangzhuangshipin | Amazon | A3NPH7KCPZ6M4J |
| 7 | Durcoo | Amazon | A8AM0HT6MG7RS |
| 8 | fantasy poster | Amazon | A2NRE0IB5IN7O0 |
| 9 | furry shop | Amazon | ACJ7D0OI2HKW1 |
| 10 | ganzhoujushunyinliaoyouxiangongsi | Amazon | A38PKX7JI95NGQ |
| 11 | GanZhouYouMinZiXunFuWuYouXianGongSi | Amazon | A2BNQDWHHC2C1Q |
| 12 | guangzhoulinsudianzishangwuyouxiangongsi | Amazon | A3HI9D2LWN5WW8 |
| 13 | GZBSKJYXGS | Amazon | A1DS4JK0C5ZVOI |
| 14 | in a hurry | Amazon | A16DJOXCUYIG38 |
| 15 | jiajiadexiaodianpu | Amazon | A38QX29AYX4JP1 |
| 16 | Jinhua Tengsu Trading Co., Ltd. | Amazon | A3GM4KFOAJ6Y3Y |
| 17 | kunmingxiulunjingshangmaoyouxiangongsi | Amazon | A12L1VJA57KJUB |
| 18 | lanxbyishu | Amazon | A1QMOUBU42LUCL |
| 19 | Lanyu-US | Amazon | A3QB6VRCNQQQPF |
| 20 | mengmengpikaqiu | Amazon | A1ST0G7QXUOBHR |
| 21 | NianSu Mao | Amazon | A2ZSF9LOEQ726D |
| 22 | qixianxuanzhishangmaoyouxiangongsi | Amazon | A1MTE6O8QX86N7 |
| 23 | SDFGHGJU | Amazon | A78EFG9UJYQEY |
| 24 | second long | Amazon | AEFTCD918RW9S |
| 25 | suizhoushitangcuoyushangmaoyouxiangongsi | Amazon | A378MVLBTARR4I |
| 26 | Swoderscase | Amazon | A1N00THZO2NGQA |
| 27 | wangtingtingdianpu | Amazon | A199BF4KM2X9GD |
| 28 | weixiongfenghaibaodian | Amazon | A1D3C5R996XYEC |
| 29 | WuTongJianMaoYi | Amazon | A2VD67MW5BEQCC |
| 30 | XASM | Amazon | A3L0WNFS0AFB8W |
| 31 | Xian You Sheng Zhi Xuan Mao Yi You Xian Gong Si | Amazon | A3QVVMQG4SZZN6 |
| 32 | Xian You You Zhi Chen Mao Yi You Xian Gong Si | Amazon | A4PNIEZCLDRXT |
| 33 | xiangqingdexiaodian | Amazon | A141OEE4CXIF39 |
| 34 | xiaochaodexiaopu | Amazon | A1KW3LNDHKD0I0 |
| 35 | xiejinyaoposter | Amazon | A1Q5EE316HUDSA |
| 36 | xingminjizhitan | Amazon | A1UHXJV8F2B8AE |
| 37 | xulianghua | Amazon | AOYYXIDKCIMAA |
| 38 | Yangjiangshiruokailingshangmaoyouxiangongsi | Amazon | A2ATFBWDPI5W9N |
| 39 | yaogangart | Amazon | A3K2F0Z3BNZSI9 |

7

| No | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 40 | Yiwu Shouha Trading Co., Ltd. | Amazon | A32HJ7KAN7YEK4 |
| 41 | yongjihaoyudianzishangwuyouxiangongsi | Amazon | A18UYM413YD618 |
| 42 | zejianpostershop | Amazon | A3VPBVGENHYJ2V |
| 43 | ZeroElec | Amazon | AIP4XI5CE9A8E |
| 44 | zhengyuhangfanbuyishuhaibao | Amazon | AS45Q2LG6XAJI |
| 45 | zzypostershop | Amazon | AA06FQPQUI0QO |
| 46 | EARLFAMILY | Walmart | 101475992 |
| 47 | Green Orange Trade | Walmart | 102771244 |
| 48 | GUPBOO | Walmart | 101623448 |
| 49 | Qiu Leisure clothing | Walmart | 101661848 |
| 50 | XUJANL | Walmart | 102761466 |
| 51 | Yin chong | Walmart | 102794929 |
| 52 | Yufanweb | Walmart | 101575326 |
| 53 | A final favor | Temu | 634418226015634 |
| 54 | ADORN YEARS | Temu | 634418218586629 |
| 55 | ASDBHYT WALL ART | Temu | 634418225910420 |
| 56 | ATSN | Temu | 634418228489750 |
| 57 | Baller | Temu | 634418225167929 |
| 58 | BOB ART POSTER | Temu | 634418221537305 |
| 59 | Bright thermal transfer | Temu | 634418214527951 |
| 60 | CQCSFZQ | Temu | 634418224129656 |
| 61 | CZ DIY Painting Factory | Temu | 634418217845557 |
| 62 | EHSM | Temu | 634418216561423 |
| 63 | Emerald Dream | Temu | 634418221233148 |
| 64 | Eternity decoration | Temu | 634418211495905 |
| 65 | Fan Olivia | Temu | 634418221724386 |
| 66 | Flying geese | Temu | 634418228438979 |
| 67 | Happiness canvas painting | Temu | 634418228792911 |
| 68 | HC sticker | Temu | 634418226136718 |
| 69 | HEART PAINTING ART | Temu | 634418217516260 |
| 70 | Heather Artware | Temu | 634418219698810 |
| 71 | HEVGFD | Temu | 634418219386808 |
| 72 | HFY Canvas painting | Temu | 634418227599102 |
| 73 | Highquality home decoration paintings | Temu | 634418226251193 |
| 74 | HYP Art | Temu | 634418222596227 |
| 75 | HZ Wall Art | Temu | 634418225206694 |
| 76 | ifashionOG | Temu | 634418218168013 |
| 77 | Interesting and lovely decorative paintings | Temu | 634418228541815 |
| 78 | ismynnem | Temu | 634418222665971 |
| 79 | James Li | Temu | 634418214706804 |
| 80 | Janisa Art | Temu | 634418219649452 |
| 81 | JEJOUSN | Temu | 634418223711791 |

| No | Seller Alias | Platform | Seller ID |
|----|----|----|----|
| 82 | JLqingfeng art | Temu | 634418219980475 |
| 83 | Julian Carter | Temu | 634418225028430 |
| 84 | JYZ ART | Temu | 634418218972856 |
| 85 | kangkangLetsgo | Temu | 634418222310934 |
| 86 | KJEJBLS | Temu | 634418223712592 |
| 87 | KK decorations | Temu | 634418220321403 |
| 88 | Koi stars | Temu | 634418220642236 |
| 89 | lianzhenqing | Temu | 634418221056391 |
| 90 | Lin han wall art | Temu | 634418228033462 |
| 91 | linkairui | Temu | 634418228325593 |
| 92 | Louise Mandy | Temu | 634418226554784 |
| 93 | LUCKYAURAGOOD | Temu | 634418225575312 |
| 94 | Marco Fengbaobao | Temu | 634418214567591 |
| 95 | MC canvas poster | Temu | 634418219557681 |
| 96 | mengmengDecorate | Temu | 634418221737400 |
| 97 | Miss MAO MAO | Temu | 634418228019003 |
| 98 | MOMENT PAINTING ART | Temu | 634418217370772 |
| 99 | Mystic Canvas | Temu | 634418219628778 |
| 100 | No more favours | Temu | 634418224954560 |
| 101 | oYESYESYES | Temu | 634418228512114 |
| 102 | PAN SHU Car sticker | Temu | 634418221946904 |
| 103 | Peajoy Wall Art | Temu | 634418225914801 |
| 104 | Peter Art | Temu | 634418217163918 |
| 105 | pipu art | Temu | 634418224955970 |
| 106 | Soul Brush | Temu | 634418228426940 |
| 107 | STRANGE SEA | Temu | 634418219225132 |
| 108 | Summer DDD | Temu | 634418223973044 |
| 109 | Summer Xx | Temu | 634418223926976 |
| 110 | The little girl selling paintings | Temu | 634418226058803 |
| 111 | tiantianDecorate | Temu | 634418221255999 |
| 112 | U mi DIY Stickers local | Temu | 634418225264208 |
| 113 | UmimiEchoFrame | Temu | 634418227702266 |
| 114 | WALL ART HYREE | Temu | 634418226294967 |
| 115 | WEI QUN Wall Art | Temu | 634418224818023 |
| 116 | wu yin wa | Temu | 634418226554919 |
| 117 | Your artistic painting | Temu | 634418226059414 |
| 118 | Yvonne Lee | Temu | 634418217884915 |
| 119 | ZQYNKH | Temu | 634418225114140 |
| 120 | ANIME FANTASY LAND | Stand Alone | animefantasyland.com |
| 121 | Anime-case | Stand Alone | anime-case.com |
| 122 | AnimeBee | Stand Alone | animebee.com |
| 123 | AnimePads | Stand Alone | animepads.com |

| No | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 124 | case-custom | Stand Alone | case-custom.com |
| 125 | ChipoChipo | Stand Alone | chipochipo.com |
| 126 | HELLO ANIME CASES | Stand Alone | helloanimecases.com |
| 127 | luckanime | Stand Alone | luckanime.com |
| 128 | monkeyninja | Stand Alone | monkeyninja.net |
| 129 | panda-mousepads | Stand Alone | panda-mousepads.com |
| 130 | Storebunch | Stand Alone | storebunch.co |
| 131 | Velturas | Stand Alone | velturas.com |
| 132 | HotcoS | Amazon | A2U38SOM39BZPH |
| 133 | Jaiden Williams | Amazon | A39GAP55Y5YRSE |
| 134 | james D. massei | Amazon | AHI2COQDNAU6J |
| 135 | JoanneCTwed | Amazon | A2K795N2BI3KZE |
| 136 | JUNzhuangC | Amazon | A3DGYWEFM1N0IM |
| 137 | Justin Hinton | Amazon | A1YM19QZDNH3W4 |
| 138 | Leighton Noe | Amazon | A353VBRPLCEXZ8 |
| 139 | mingcaiwenhua | Amazon | A2JZ4XBHN4549T |
| 140 | PoFed Anime Product | Amazon | A3Q7EG4PNMCQM4 |
| 141 | Tingshun1431 | Amazon | A35AV9Y40A3Z25 |
| 142 | tpucaseUR | Amazon | A3CQDI187KGSD1 |
| 143 | UdunU Anime Store | Amazon | AB5DKT5U08QOC |
| 144 | zhengzhouguokunshangmaoyouxiangongsi | Amazon | A377219I3NJ9NN |
| 145 | GuChengXianYuLian | Walmart | 102657537 |
| 146 | Han YiChu | Walmart | 102837819 |
| 147 | TianJiaLeWireless | Walmart | 101650870 |
| 148 | A Bin CASE | Temu | 634418222537950 |
| 149 | A Fishion Goods | Temu | 634418224905821 |
| 150 | Agetie | Temu | 634418218475400 |
| 151 | Ahuaphonecase | Temu | 634418222275791 |
| 152 | Aurora Haven | Temu | 634418214810622 |
| 153 | Beautiful phone case MX | Temu | 634418219445356 |
| 154 | Bebopss | Temu | 634418218747842 |
| 155 | Bominghan Case | Temu | 634418222275933 |
| 156 | Case Carnival | Temu | 634418220244630 |
| 157 | CaseBlooms | Temu | 634418226029805 |
| 158 | CaseCove Tech | Temu | 634418226001736 |
| 159 | CC CASE SHOP | Temu | 634418220246960 |
| 160 | CC GlobalShop | Temu | 634418209797479 |
| 161 | CC POOPOO | Temu | 634418220257333 |
| 162 | ChaoLiuKeZ | Temu | 634418228072927 |
| 163 | CJH Home Decor | Temu | 634418225889145 |
| 164 | CLOUD AND SKY | Temu | 634418222791616 |
| 165 | Crack Innovatio case | Temu | 634418225131968 |

| No | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 166 | CSGPHW | Temu | 634418225279056 |
| 167 | CSMY design | Temu | 634418223331689 |
| 168 | custom design good goods | Temu | 634418222772969 |
| 169 | DdDdEeEe | Temu | 634418229102729 |
| 170 | Design Dimension | Temu | 634418224344370 |
| 171 | DPHWCASE | Temu | 634418222446738 |
| 172 | EliteCover | Temu | 634418220252464 |
| 173 | Esports Fashion Goods | Temu | 634418224735297 |
| 174 | FASHION CASE SU | Temu | 634418226477479 |
| 175 | Fei Xiaos Shop | Temu | 634418212057875 |
| 176 | fgdhgdhsd | Temu | 634418225387100 |
| 177 | FGOTMJWQ | Temu | 634418227822498 |
| 178 | Fiasyueg | Temu | 634418224630892 |
| 179 | Forest products Office supplies | Temu | 634418228150650 |
| 180 | Furniture for display HU | Temu | 634418219974754 |
| 181 | Gadget Grove case | Temu | 634418215942645 |
| 182 | gjkghmjkghjm | Temu | 634418222407027 |
| 183 | Goodlucksaa | Temu | 634418224082490 |
| 184 | haohan shop | Temu | 634418220246240 |
| 185 | Happy a Monday | Temu | 634418227864778 |
| 186 | Happy XOO | Temu | 634418228062155 |
| 187 | Heart And Cloud | Temu | 634418223708309 |
| 188 | HHH CASE SHOP | Temu | 634418216739319 |
| 189 | HK Phone case MX | Temu | 634418226370050 |
| 190 | Hmxiaodian | Temu | 634418227145765 |
| 191 | HONGYUNJIAKE | Temu | 634418227627369 |
| 192 | Hx Household Goods Series | Temu | 634418224861016 |
| 193 | Hype Case | Temu | 634418216160435 |
| 194 | HYWLucky Case | Temu | 634418220031439 |
| 195 | Imagined phone case | Temu | 634418227444263 |
| 196 | Impressions of love | Temu | 634418227444317 |
| 197 | Jrrrrrrr | Temu | 634418228272660 |
| 198 | KeKe case MX | Temu | 634418226111665 |
| 199 | KH CASE | Temu | 245086581193 |
| 200 | KHWHZDA | Temu | 634418228050303 |
| 201 | KKSSOOZZ | Temu | 634418228541958 |
| 202 | KN Phone case MX | Temu | 634418226494786 |
| 203 | KQ Phone case MX | Temu | 634418222541563 |
| 204 | Ladies and Gentleman SHOP | Temu | 634418217907959 |
| 205 | LONT FZ | Temu | 634418224194821 |
| 206 | LuckydayGOOD | Temu | 634418224085798 |
| 207 | LuckyNumberE | Temu | 634418222438051 |

| No | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 208 | LuxuryAnimecase | Temu | 634418220030544 |
| 209 | LX newgo A | Temu | 634418226735622 |
| 210 | Magnificent towel | Temu | 634418225111694 |
| 211 | Make Better Goods | Temu | 634418222774112 |
| 212 | mengmengcase | Temu | 634418222446465 |
| 213 | MHHZYDMABC | Temu | 634418223290329 |
| 214 | MNBaaa | Temu | 634418225043717 |
| 215 | Mouse pad   TOP | Temu | 634418220132704 |
| 216 | MYSTICA CASE | Temu | 634418224118815 |
| 217 | New type of mouse pad | Temu | 634418228388007 |
| 218 | ODJFFLDJFG | Temu | 634418225854908 |
| 219 | Peace Diy Home New | Temu | 634418220270922 |
| 220 | PXLJIAN | Temu | 634418224292093 |
| 221 | Rssssssss | Temu | 634418228273485 |
| 222 | SADQWRDG | Temu | 634418226185275 |
| 223 | SSGCASEG | Temu | 634418228848873 |
| 224 | ssxzw brooch | Temu | 634418225893376 |
| 225 | SU Phone case MX | Temu | 634418222540761 |
| 226 | VogueLife | Temu | 634418217419193 |
| 227 | YinYue Phone case MX | Temu | 634418221731002 |
| 228 | Yuanzhou phone case MX | Temu | 634418221660997 |