**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TV TOKYO CORPORATION,

        Plaintiff,

v.

ADAWWRABLY, et al.,

        Defendants.

Civil Action No. 26-cv-3809

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
| --- | --- |
| Durcoo | 7 |
| HELLO ANIME CASES | 126 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

The case shall remain against other named Defendants identified in Schedule A to the Complaint.

1

Date: July 24, 2026

Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*


SO ORDERED.

Dated: July 27, 2026
      New York New York

Edgardo Ramos, U.S.D.J.


2