AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| TV TOKYO CORPORATION,<br>*Plaintiff(s)*<br>v.<br>ADAWWRABLY, et al.,<br>*Defendant(s)* | Civil Action No. 26-cv-3809 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 2, 2026

/S/ S. James
*Signature of Clerk or Deputy Clerk*

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | Adawwrably | Standalone | adawwrably.in |
| 2 | DISMISSED | DISMISSED | DISMISSED |
| 3 | DISMISSED | DISMISSED | DISMISSED |
| 4 | CamiyeHome | Amazon | A3KZNV6Z44FTGG |
| 5 | Chaoxiao Trading | Amazon | A117FXEJDQV17G |
| 6 | chenqihangzhuangshipin | Amazon | A3NPH7KCPZ6M4J |
| 7 | DISMISSED | DISMISSED | DISMISSED |
| 8 | fantasy poster | Amazon | A2NRE0IB5IN7O0 |
| 9 | furry shop | Amazon | ACJ7D0OI2HKW1 |
| 10 | ganzhoujushunyinliaoyouxiangongsi | Amazon | A38PKX7JI95NGQ |
| 11 | GanZhouYouMinZiXunFuWuYouXianGongSi | Amazon | A2BNQDWHHC2C1Q |
| 12 | guangzhoulinsudianzishangwuyouxiangongsi | Amazon | A3HI9D2LWN5WW8 |
| 13 | GZBSKJYXGS | Amazon | A1DS4JK0C5ZVOI |
| 14 | in a hurry | Amazon | A16DJOXCUYIG38 |
| 15 | jiajiadexiaodianpu | Amazon | A38QX29AYX4JP1 |
| 16 | Jinhua Tengsu Trading Co., Ltd. | Amazon | A3GM4KFOAJ6Y3Y |
| 17 | kunmingxiulunjingshangmaoyouxiangongsi | Amazon | A12L1VJA57KJUB |
| 18 | lanxbyishu | Amazon | A1QMOUBU42LUCL |
| 19 | Lanyu-US | Amazon | A3QB6VRCNQQQPF |
| 20 | mengmengpikaqiu | Amazon | A1ST0G7QXUOBHR |
| 21 | NianSu Mao | Amazon | A2ZSF9LOEQ726D |
| 22 | qixianxuanzhishangmaoyouxiangongsi | Amazon | A1MTE6O8QX86N7 |
| 23 | SDFGHGJU | Amazon | A78EFG9UJYQEY |
| 24 | second long | Amazon | AEFTCD918RW9S |
| 25 | suizhoushitangcuoyushangmaoyouxiangongsi | Amazon | A378MVLBTARR4I |
| 26 | Swoderscase | Amazon | A1N00THZO2NGQA |
| 27 | wangtingtingdianpu | Amazon | A199BF4KM2X9GD |
| 28 | weixiongfenghaibaodian | Amazon | A1D3C5R996XYEC |
| 29 | WuTongJianMaoYi | Amazon | A2VD67MW5BEQCC |
| 30 | XASM | Amazon | A3L0WNFS0AFB8W |
| 31 | Xian You Sheng Zhi Xuan Mao Yi You Xian Gong Si | Amazon | A3QVVMQG4SZZN6 |
| 32 | Xian You You Zhi Chen Mao Yi You Xian Gong Si | Amazon | A4PNIEZCLDRXT |
| 33 | xiangqingdexiaodian | Amazon | A141OEE4CXIF39 |
| 34 | xiaochaodexiaopu | Amazon | A1KW3LNDHKD0I0 |
| 35 | xiejinyaoposter | Amazon | A1Q5EE316HUDSA |
| 36 | xingminjizhitan | Amazon | A1UHXJV8F2B8AE |
| 37 | xulianghua | Amazon | AOYYXIDKCIMAA |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 38 | Yangjiangshiruokailingshangmaoyouxiangong si | Amazon | A2ATFBWDPI5W9N |
| 39 | yaogangart | Amazon | A3K2F0Z3BNZSI9 |
| 40 | Yiwu Shouha Trading Co., Ltd. | Amazon | A32HJ7KAN7YEK4 |
| 41 | yongjihaoyudianzishangwuyouxiangongsi | Amazon | A18UYM413YD618 |
| 42 | zejianpostershop | Amazon | A3VPBVGENHYJ2V |
| 43 | ZeroElec | Amazon | AIP4XI5CE9A8E |
| 44 | zhengyuhangfanbuyishuhaibao | Amazon | AS45Q2LG6XAJI |
| 45 | zzypostershop | Amazon | AA06FQPQUI0QO |
| 46 | EARLFAMILY | Walmart | 101475992 |
| 47 | Green Orange Trade | Walmart | 102771244 |
| 48 | GUPBOO | Walmart | 101623448 |
| 49 | Qiu Leisure clothing | Walmart | 101661848 |
| 50 | XUJANL | Walmart | 102761466 |
| 51 | DISMISSED | DISMISSED | DISMISSED |
| 52 | Yufanweb | Walmart | 101575326 |
| 53 | A final favor | Temu | 634418226015634 |
| 54 | ADORN YEARS | Temu | 634418218586629 |
| 55 | ASDBHYT WALL ART | Temu | 634418225910420 |
| 56 | ATSN | Temu | 634418228489750 |
| 57 | Baller | Temu | 634418225167929 |
| 58 | BOB ART POSTER | Temu | 634418221537305 |
| 59 | Bright thermal transfer | Temu | 634418214527951 |
| 60 | CQCSFZQ | Temu | 634418224129656 |
| 61 | CZ DIY Painting Factory | Temu | 634418217845557 |
| 62 | EHSM | Temu | 634418216561423 |
| 63 | Emerald Dream | Temu | 634418221233148 |
| 64 | Eternity decoration | Temu | 634418211495905 |
| 65 | Fan Olivia | Temu | 634418221724386 |
| 66 | Flying geese | Temu | 634418228438979 |
| 67 | Happiness canvas painting | Temu | 634418228792911 |
| 68 | HC sticker | Temu | 634418226136718 |
| 69 | HEART PAINTING ART | Temu | 634418217516260 |
| 70 | Heather Artware | Temu | 634418219698810 |
| 71 | HEVGFD | Temu | 634418219386808 |
| 72 | HFY Canvas painting | Temu | 634418227599102 |
| 73 | Highquality home decoration paintings | Temu | 634418226251193 |
| 74 | HYP Art | Temu | 634418222596227 |
| 75 | HZ Wall Art | Temu | 634418225206694 |
| 76 | ifashionOG | Temu | 634418218168013 |
| 77 | Interesting and lovely decorative paintings | Temu | 634418228541815 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 78 | ismynnem | Temu | 634418222665971 |
| 79 | James Li | Temu | 634418214706804 |
| 80 | Janisa Art | Temu | 634418219649452 |
| 81 | JEJOUSN | Temu | 634418223711791 |
| 82 | JLqingfeng art | Temu | 634418219980475 |
| 83 | Julian Carter | Temu | 634418225028430 |
| 84 | JYZ ART | Temu | 634418218972856 |
| 85 | kangkangLetsgo | Temu | 634418222310934 |
| 86 | KJEJBLS | Temu | 634418223712592 |
| 87 | KK decorations | Temu | 634418220321403 |
| 88 | Koi stars | Temu | 634418220642236 |
| 89 | lianzhenqing | Temu | 634418221056391 |
| 90 | Lin han wall art | Temu | 634418228033462 |
| 91 | linkairui | Temu | 634418228325593 |
| 92 | Louise Mandy | Temu | 634418226554784 |
| 93 | LUCKYAURAGOOD | Temu | 634418225575312 |
| 94 | Marco Fengbaobao | Temu | 634418214567591 |
| 95 | MC canvas poster | Temu | 634418219557681 |
| 96 | mengmengDecorate | Temu | 634418221737400 |
| 97 | Miss MAO MAO | Temu | 634418228019003 |
| 98 | MOMENT PAINTING ART | Temu | 634418217370772 |
| 99 | Mystic Canvas | Temu | 634418219628778 |
| 100 | No more favours | Temu | 634418224954560 |
| 101 | oYESYESYES | Temu | 634418228512114 |
| 102 | PAN SHU Car sticker | Temu | 634418221946904 |
| 103 | Peajoy Wall Art | Temu | 634418225914801 |
| 104 | Peter Art | Temu | 634418217163918 |
| 105 | pipu art | Temu | 634418224955970 |
| 106 | Soul Brush | Temu | 634418228426940 |
| 107 | STRANGE SEA | Temu | 634418219225132 |
| 108 | Summer DDD | Temu | 634418223973044 |
| 109 | Summer Xx | Temu | 634418223926976 |
| 110 | The little girl selling paintings | Temu | 634418226058803 |
| 111 | tiantianDecorate | Temu | 634418221255999 |
| 112 | U mi DIY Stickers local | Temu | 634418225264208 |
| 113 | UmimiEchoFrame | Temu | 634418227702266 |
| 114 | WALL ART HYREE | Temu | 634418226294967 |
| 115 | WEI QUN Wall Art | Temu | 634418224818023 |
| 116 | wu yin wa | Temu | 634418226554919 |
| 117 | Your artistic painting | Temu | 634418226059414 |
| 118 | Yvonne Lee | Temu | 634418217884915 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 119 | ZQYNKH | Temu | 634418225114140 |
| 120 | ANIME FANTASY LAND | Standalone | animefantasyland.com |
| 121 | Anime-case | Standalone | anime-case.com |
| 122 | AnimeBee | Standalone | animebee.com |
| 123 | AnimePads | Standalone | animepads.com |
| 124 | case-custom | Standalone | case-custom.com |
| 125 | ChipoChipo | Standalone | chipochipo.com |
| 126 | DISMISSED | DISMISSED | DISMISSED |
| 127 | luckanime | Standalone | luckanime.com |
| 128 | monkeyninja | Standalone | monkeyninja.net |
| 129 | panda-mousepads | Standalone | panda-mousepads.com |
| 130 | Storebunch | Standalone | storebunch.co |
| 131 | Velturas | Standalone | velturas.com |
| 132 | HotcoS | Amazon | A2U38SOM39BZPH |
| 133 | Jaiden Williams | Amazon | A39GAP55Y5YRSE |
| 134 | james D. massei | Amazon | AHI2COQDNAU6J |
| 135 | JoanneCTwed | Amazon | A2K795N2BI3KZE |
| 136 | JUNzhuangC | Amazon | A3DGYWEFM1N0IM |
| 137 | Justin Hinton | Amazon | A1YM19QZDNH3W4 |
| 138 | Leighton Noe | Amazon | A353VBRPLCEXZ8 |
| 139 | mingcaiwenhua | Amazon | A2JZ4XBHN4549T |
| 140 | PoFed Anime Product | Amazon | A3Q7EG4PNMCQM4 |
| 141 | Tingshun1431 | Amazon | A35AV9Y40A3Z25 |
| 142 | tpucaseUR | Amazon | A3CQDI187KGSD1 |
| 143 | UdunU Anime Store | Amazon | AB5DKT5U08QOC |
| 144 | zhengzhouguokunshangmaoyouxiangongsi | Amazon | A377219I3NJ9NN |
| 145 | GuChengXianYuLian | Walmart | 102657537 |
| 146 | Han YiChu | Walmart | 102837819 |
| 147 | TianJiaLeWireless | Walmart | 101650870 |
| 148 | A Bin CASE | Temu | 634418222537950 |
| 149 | A Fishion Goods | Temu | 634418224905821 |
| 150 | Agetie | Temu | 634418218475400 |
| 151 | Ahuaphonecase | Temu | 634418222275791 |
| 152 | Aurora Haven | Temu | 634418214810622 |
| 153 | Beautiful phone case MX | Temu | 634418219445356 |
| 154 | Bebopss | Temu | 634418218747842 |
| 155 | Bominghan Case | Temu | 634418222275933 |
| 156 | Case Carnival | Temu | 634418220244630 |
| 157 | CaseBlooms | Temu | 634418226029805 |
| 158 | CaseCove Tech | Temu | 634418226001736 |
| 159 | CC CASE SHOP | Temu | 634418220246960 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 160 | CC GlobalShop | Temu | 634418209797479 |
| 161 | CC POOPOO | Temu | 634418220257333 |
| 162 | ChaoLiuKeZ | Temu | 634418228072927 |
| 163 | CJH Home Decor | Temu | 634418225889145 |
| 164 | CLOUD AND SKY | Temu | 634418222791616 |
| 165 | Crack Innovatio case | Temu | 634418225131968 |
| 166 | CSGPHW | Temu | 634418225279056 |
| 167 | CSMY design | Temu | 634418223331689 |
| 168 | custom design good goods | Temu | 634418222772969 |
| 169 | DdDdEeEe | Temu | 634418229102729 |
| 170 | Design Dimension | Temu | 634418224344370 |
| 171 | DPHWCASE | Temu | 634418222446738 |
| 172 | EliteCover | Temu | 634418220252464 |
| 173 | Esports Fashion Goods | Temu | 634418224735297 |
| 174 | FASHION CASE SU | Temu | 634418226477479 |
| 175 | Fei Xiaos Shop | Temu | 634418212057875 |
| 176 | fgdhgdhsd | Temu | 634418225387100 |
| 177 | FGOTMJWQ | Temu | 634418227822498 |
| 178 | Fiasyueg | Temu | 634418224630892 |
| 179 | Forest products Office supplies | Temu | 634418228150650 |
| 180 | Furniture for display HU | Temu | 634418219974754 |
| 181 | Gadget Grove case | Temu | 634418215942645 |
| 182 | gjkghmjkghjm | Temu | 634418222407027 |
| 183 | Goodlucksaa | Temu | 634418224082490 |
| 184 | haohan shop | Temu | 634418220246240 |
| 185 | Happy a Monday | Temu | 634418227864778 |
| 186 | Happy XOO | Temu | 634418228062155 |
| 187 | Heart And Cloud | Temu | 634418223708309 |
| 188 | HHH CASE SHOP | Temu | 634418216739319 |
| 189 | HK Phone case MX | Temu | 634418226370050 |
| 190 | Hmxiaodian | Temu | 634418227145765 |
| 191 | HONGYUNJIAKE | Temu | 634418227627369 |
| 192 | Hx Household Goods Series | Temu | 634418224861016 |
| 193 | Hype Case | Temu | 634418216160435 |
| 194 | HYWLucky Case | Temu | 634418220031439 |
| 195 | Imagined phone case | Temu | 634418227444263 |
| 196 | Impressions of love | Temu | 634418227444317 |
| 197 | Jrrrrrrr | Temu | 634418228272660 |
| 198 | KeKe case MX | Temu | 634418226111665 |
| 199 | KH CASE | Temu | 245086581193 |
| 200 | KHWHZDA | Temu | 634418228050303 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 201 | KKSSOOZZ | Temu | 634418228541958 |
| 202 | KN Phone case MX | Temu | 634418226494786 |
| 203 | KQ Phone case MX | Temu | 634418222541563 |
| 204 | Ladies and Gentleman SHOP | Temu | 634418217907959 |
| 205 | LONT FZ | Temu | 634418224194821 |
| 206 | LuckydayGOOD | Temu | 634418224085798 |
| 207 | LuckyNumberE | Temu | 634418222438051 |
| 208 | LuxuryAnimecase | Temu | 634418220030544 |
| 209 | LX newgo A | Temu | 634418226735622 |
| 210 | Magnificent towel | Temu | 634418225111694 |
| 211 | Make Better Goods | Temu | 634418222774112 |
| 212 | mengmengcase | Temu | 634418222446465 |
| 213 | MHHZYDMABC | Temu | 634418223290329 |
| 214 | MNBaaa | Temu | 634418225043717 |
| 215 | Mouse pad TOP | Temu | 634418220132704 |
| 216 | MYSTICA CASE | Temu | 634418224118815 |
| 217 | New type of mouse pad | Temu | 634418228388007 |
| 218 | ODJFFLDJFG | Temu | 634418225854908 |
| 219 | Peace Diy Home New | Temu | 634418220270922 |
| 220 | PXLJIAN | Temu | 634418224292093 |
| 221 | Rssssssss | Temu | 634418228273485 |
| 222 | SADQWRDG | Temu | 634418226185275 |
| 223 | SSGCASEG | Temu | 634418228848873 |
| 224 | ssxzw brooch | Temu | 634418225893376 |
| 225 | SU Phone case MX | Temu | 634418222540761 |
| 226 | VogueLife | Temu | 634418217419193 |
| 227 | YinYue Phone case MX | Temu | 634418221731002 |
| 228 | Yuanzhou phone case MX | Temu | 634418221660997 |

Civil Action No. 26-cv-3809

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached was received by me on *(date)* 09/02/2026 .

❐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❐ I returned the summons unexecuted because ______ ; or

✔ Other *(specify)*: On June 5, 2026, someone working under my supervision served Defendants via email, including a URL with true and correct copies of the Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On September 2, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/01/2026

/s/Shengmao Mu
*Server's signature*

Shengmao Mu, Attorney
*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc: